STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISHARINGSOFT, INC.,<br><br>Defendant. | CASE NO. 8:21-cv-01155-JLS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action, with prejudice, with each party to bear its own fees and costs.

Dated: July 26, 2021                              Respectfully submitted,

                                                                  */s/ Stephen M. Lobbin*
                                                                  **Attorney(s) for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                                  */s/ Stephen M, Lobbin*